RECEIVED
Oct 20. 2008 uw
OCT 20 2008
OCT 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ROBERT CLARK

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

EDWIN A. BURNETTE

WILLIAM WOLF

JULIE HARMON

RICHARD A. DEVINE

DAN GROTH / KENT DELGADO

LUANN SNOW

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV6004
JUDGE LEFKOW
Ca: MAGISTRATE JUDGE BROWN
(To be supp— — — — — — — — — — — — —

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
   U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
   28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.** **Plaintiff(s):**

A. Name: _ROBERT CLARK_

B. List all aliases: _____

C. Prisoner identification number: _REG # 20040096333_

D. Place of present confinement: _COOK COUNTY JAIL_

E. Address: _PO BOX 089002, CHICAGO IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _EDWIN A. BURNETTE_

Title: _HEAD OF PUBLIC DEFENDER OFFICE_

Place of Employment: _COOK COUNTY COURTHOUSE_

B. Defendant: _WILLIAM WOLF_

Title: _ASSISTANT PUBLIC DEFENDER_

Place of Employment: _COOK COUNTY COURT BUILDING_

C. Defendant: _JULIE HARMON_

Title: _ASSISTANT PUBLIC DEFENDER_

Place of Employment: _COOK COUNTY COURT BUILDING_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D. DEFENDANT : RICHARD A. DEVINE

    TITLE   :  HEAD OF STATES ATTORNEY OFFICE

PLACE OF EMPLOYMENT: COOK COUNTY COURT BUILDING


E. DEFENDANT: DAN GROTH

    TITLE  :  ASSISTANT STATES ATTORNEY

PLACE OF EMPLOYMENT: COOK COUNTY COURT BUILDING


F. DEFENDANT: KENT DELGADO

    TITLE  :  ASSISTANT STATES ATTORNEY

PLACE OF EMPLOYMENT: COOK COUNTY COURT BUILDING


G. DEFENDANT: LUANN SNOW

    TITLE :  ASSISTANT STATES ATTORNEY

PLACE OF EMPLOYMENT: COOK COUNTY COURT BUILDING


2-B

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *ROBERT CLARK (#2004-0096333) VS. MICEAL SHIEHAN 08-C-158*

B. Approximate date of filing lawsuit: *OCTOBER 24, 2007*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *ROBERT CLARK #20040096333*

D. List all defendants: *MICEAL SHIEHAN, THOMAS DART, GODINEZ A. SALVADOOR, MANOS, PEDRO CASTILLO WILEY, D. MARTINEZ, COLLINS, CARTER, KELLY, DR. MANSOUR, DR. DUNLAP, MS. TATE AND MAXI, GEORGE BARRERO HOLLY DEMSKI, MURA CHATMAN, PLAXICO, KELLY BAIRD, SALAZAR, MS BUXTER*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS*

F. Name of judge to whom case was assigned: *SAMUEL DER-YEGHIAYAN*

G. Basic claim made: *STAFF MISCONDUCT, WRONGFULLY PLACED IN SEGRAGATION, DEFICIENT MEDICAL ATTENTION, DEFICIENT Commissary AND MACE GOUGING, DEPRIVATION OF Every CULTURAL READING MATERIAL*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *N/A*

I. Approximate date of disposition: *N/A*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, ROBERT CLARK #2004-0096333 AM CURRENTLY AWAITING TRIAL IN A CAPITAL MURDER CASE, 04CR30616, IN COOK COUNTY DEPARTMENT OF CORRECTIONS LOCATED IN CHICAGO ILLINOIS. I'VE BEEN AWAITING TRIAL FOR APPROXIMATELY FOUR (4) YEARS AND HAVE EXPRESSED TO MY COURT APPOINTED TRIAL ATTORNEYS' WILLIAM WOLF AND JULIE HARMON, MY DESIRE TO DEMAND TRIAL. THE FACT THAT MY ATTORNEY'S AND PROSECUTOR DANZEL GROTH, HAVE VIOLATED MY SPEEDY TRIAL RIGHT, IN ACCORDANCE WITH FEDERAL AND STATE LAW; A VIOLATION THAT MY OWN DEFENSE ATTORNEYS HAVE ACKNOWLEDGED, BUT CONTINUE TO FAIL TO ADDRESS IN RESPECT TO MY BEST INTEREST.

IN THE SPRING OF 2007, REPRESENTATIVES' FROM THE U.S. DEPARTMENT OF JUSTICE VISITED WITH LOCAL LAW ENFORCEMENT AGENCIES COOK COUNTY JAIL OFFICIALS, COURT OFFICIALS AND DETAINEES DISCUSSING CURRENT COURT PRACTICES THAT CONTRIBUTE TO EXCESSIVE OVERCROWDING HERE AT COOK COUNTY JAIL AND HOW SUCH PRACTICES LEAD DIRECTLY TO VIOLATIONS OF A DETAINEES LEGAL RIGHTS.

4

IN RESPONSE TO EFFORTS BY THE U.S. DEPARTMENT OF JUSTICE, COURT APPOINTED LAWYERS, I.E. THE PUBLIC DEFENDERS OFFICE, IN CONJUCTION WITH THE STATES ATTORNEY'S OFFICE ARE ACTIVELY ADVISING ME AND OTHER DETAINEES THAT THESE CONTINUANCES BY AGREEMENT ARE A DIRECT RESULT OF DEFENSE COUNSELS REQUEST AS OPPOSE TO STATES ATTORNEYS.

---

THIS PRACTICE ALONG WITH MANY OTHER UNCONSTITUTIONAL AND DECEPTIVE TACTICS BEING EMPLOYED BY THE COOK COUNTY STATES ATTORNEY'S AND PUBLIC DEFENDERS OFFICE IS JUST ANOTHER WAY IN WHICH THEY EXPLOIT THE PENAL SYSTEM AND DELIBERATELY BACK LOG CASES IN EFFORT TO SOLICIT ADDITIONAL FUNDING AND OTHER BENEFITS AT THE INTEREST OF TAX-PAYERS AND DEFENDANTS WHO HAVE TO ENDURE MULTIPLE YEARS OF EXPLOITATIVE DETENTION, OVERCROWDING AND UNBEARABLE CONDITIONS; PROBLEMS THAT THE U.S. DEPARTMENT OF JUSTICE HAS ATTEMPTED TO ADDRESS TO NO AVAIL.

---

SPECIFICALLY, ON DECEMBER 19, 2007 ALL PARTIES IN MY CASE CLOSED ALL DISCOVERY PROCEEDINGS AND TRIAL DATE WAS SET FOR MARCH 14, 2008. PRIOR TO TRIAL DATE, A STATUES HEARING WAS HELD ON FEBRUARY 26, 2008 AND ON MARCH 4, 2008. ON BOTH DATES MY DEFENSE COUNSEL, JULIE HARMON AND PROSECUTOR, DANIEL GROTH, AGREED THAT THEY WOULD BE READY ON MARCH 14, 2008. I WAS INSURED THAT I WOULD BE PICKING A JURY

Revised 9/2007

ON THAT DAY AND THAT MY TRIAL WOULD START SOON FOLLOWING THAT DATE.

ON MARCH 14, 2008, JURY SELECTION DAY, PROSECUTOR, DANIEL GROTH INFORMED HONORABLE JUDGE LAWRENCE FOX THAT HE NEEDED MORE TIME IN AN EFFORT TO LOCATE HIS LISTED WITNESSES. MY CASE WAS CONTINUED BY AGREEMENT UNTIL APRIL 22, 2008 BY MY DEFENSE COUNSELS FOR REASONS UNKNOWN. WHEN I ASKED MY ATTORNEYS, WILLIAM WOLF AND JULIE HARMON, WHY WOULD THEY AGREE TO A CONTINUANCE BASED ON THE FACT, THAT THE PROSECUTOR COULD NOT FIND HIS LISTED WITNESSES; I WAS TOLD THEY NEEDED MORE PREPARATION FOR TRIAL. JULIE HARMON, DEFENSE COUNSEL, REQUESTED BEFORE THE HONORABLE JUDGE LAWRENCE A. FOX THAT TRIAL BE SET FOR MARCH 14, 2008. COUNSEL STATED TO HONORABLE JUDGE FOX THAT TRIAL SHOULD BE NO LONGER THAN (3) DAYS. ON JURY SELECTION DAY MY DEFENSE COUNSELS WERE NOT PREPARED BECAUSE PROSECUTOR, DANIEL GROTH COULD NOT LOCATE HIS LISTED WITNESSES? I'VE CONCLUDED THAT IF THE PROSECUTOR WOULD HAVE HAD HIS WITNESS LIST PREPARED AND READY TO PRESENT TO THE COURT, THAT MY DEFENSE ATTORNEYS' WOULD HAVE CONTINUED WITH TRIAL PROCEEDINGS WITHOUT BEING PREPARED.

ON APRIL 22, 2008 MY MOTHER, MILDRED BURT, WAS SUBPOENAED TO COURT BY DANIEL GROTH FOR QUESTIONING ABOUT ONE OF HIS

6

WITNESSES, WHICH THE STATE'S ATTORNEY OFFICE FAILS TO LOCATE. HONORABLE JUDGE FOX ASKED DANIEL GROTH DID HE HAVE ANY CASE LAW ON THIS ISSUE, DANIEL GROTH REPLIED, "NO". MY MOTHER WAS STILL CALLED TO THE STAND AND QUESTIONED BY THE STATE'S ATTORNEY AND THE HONORABLE JUDGE. MILDRED BURT, MY MOTHER, ASKED IF SHE HAD TO ANSWER QUESTIONS WITHOUT HER LAWYER PRESENT THE ANSWER WAS "YES".

PROSECUTOR, DANIEL GROTH, ASKED FOR ANOTHER CONTINUANCE UNTIL MAY 22, 2008 IN AN EFFORT TO LOCATE WITNESSES. I INFORMED MY DEFENSE COUNSELS THAT I OBJECTED TO THIS CONTINUANCE AND THAT I DEMAND A SPEEDY TRIAL. IN RESPONSE TO MY OBJECTION MY COUNSELS ASKED FOR A CONTINUANCE UNTIL MAY 2, 2008. ANY DILIGENT ATTORNEY SHOULD ALWAYS HAVE THEIR CLIENT'S BEST INTEREST IN MIND AND IN THESE CIRCUMSTANCES SHOULD HAVE IMMEDIATELY DEMANDED TRIAL.

BETWEEN DECEMBER 19, 2007 AND MAY 22, 2008 I SHOULD HAVE BEEN RUNNING A 120 DAY TRIAL TERM. ACCORDING TO THE SPEEDY TRIAL ACT WHICH STATE THE 120 DAY PERIOD BEGINS TO RUN AUTOMATICALLY WHEN DEFENDANT IS TAKEN INTO CUSTODY, AND DEFENDANT NEED NOT MAKE A DEMAND FOR TRIAL, DELAY IS CAUSED ONLY BY DEFENSE COUNSEL THROUGH EXPRESSED AGREEMENTS... MY COUNSELS AGREED TO CONTINUANCE

7

AFTER CONTINUANCE. THEIR INVESTIGATION INTO MY CASE WAS ALLEGEDLY COMPLETED WHEN THE DISCOVERY PHASE WAS CLOSED. THROUGHOUT THE SETTING OF MY TRIAL DATE I BELIEVE CERTAIN TACTICS WERE BEING EMPLOYED BY THE TRIAL COURT, THE STATES ATTORNEY'S OFFICE AND MY DEFENSE COUNSEL TO VIOLATE MY AND OTHER DETAINEES' RIGHT TO SPEEDY TRIAL.

THERE WAS INEFFECTIVE ASSISTANCE OF COUNSEL. THERE ARE TRANSCRIPTS AND OTHER DOCUMENTS THAT WILL REFLECT ON THE FACT THAT ANY ALLEGED INVESTIGATION INTO MY CAPITAL MURDER CASE BY MY DEFENSE COUNSELS, WILLIAM WOLF AND JULIE HARMON, HAS BEEN COMPLETED SINCE MID 2007 AND THE CLOSING OF ALL DISCOVERIES WAS COMPLETED AT THIS TIME.

ON MAY 2, 2008 WHEN I APPEARED IN COURT, THE PROSECUTOR, DANIEL GROTH WITNESSES STILL WERE NOT LOCATED. IN A FAILURE TO LOCATE WITNESSES, DANIEL GROTH, INFORMED THE HONORABLE JUDGE FOX AND DEFENSE COUNSELS THAT I ALLEGEDLY CONFESSED TO AN EX CELLMATE. DANIEL GROTH DISCOVERED THIS ALLEGEDLY IMPORTANT INFORMATION DURING THE MOST PIVOTAL POINT OF MY CASE; APPEARING TO BE SEEMINGLY DESPERATE BECAUSE IS UNABLE TO PRODUCE WITNESSES TO THE COURT.

I HAVE HAD SEVERAL CELLMATES OVER THE PAST FOUR (4) YEARS, I HAVE NEVER CONFESSED NOR HAVE I SPOKEN OF MY CASE TO ANY OF MY CELLMATES.

8

THE STATE'S ATTORNEY OFFICE HERE IN ILLINOIS IS USING THE SAME METHOD THAT WAS USED BEFORE THE REVISEMENT OF CAPITAL PROCEEDINGS TO PUT INDIGENT DETAINEES LIKE MYSELF AND OTHERS ON DEATH ROW. THESE METHODS HAVE LEAD TO NUMEROUS WRONGFUL CONVICTIONS AND HUNDREDS OF EXONERATIONS ACROSS THE NATION.

I BELIEVE THAT THE PROSECUTOR, DANIEL GROTH, HAS COMMITTED PROSECUTORIAL MISCONDUCT AND UNETHICAL PRACTICES IN AN EFFORT TO WRONGFULLY SEND ME TO DEATH ROW. FURTHERMORE MY DEFENSE COUNSELS, WILLIAM WOLF AND JULIE HARMON, COURT APPOINTED PUBLIC DEFENDERS REFUSE TO DEMAND A TRIAL AND DEFEND MY CASE IN MY BEST INTEREST. INSTEAD, ACCOMMODATING THE PROSECUTOR, DANIEL GROTH, WITH HIS NUMEROUS REQUESTS; IN AN INVALID ATTEMPT TO PURSUE UNNECESSARY LEADS IN A MEANINGLESS EFFORT TO ALLEGEDLY ESTABLISH MOTIVE AND OTHER UNRELATED FACTS INVOLVING THIS CASE; WHICH HAVE LED IN THE DELAY OF MY TRIAL. I HAVE ATTEMPTED TO ADDRESS SOME OF MY CONCERNS DIRECTLY TO THE HONORABLE JUDGE LAWRENCE A. FOX ONLY TO BE SILENCED WITH STERN WARNINGS. I HOPE THAT YOU WOULD INITIATE A FORMAL INVESTIGATION OF THE HANDLING OF MY CASE BY ALL PARTIES INVOLVED.

9

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

CLAIMANT IS CLAIMING THAT RESPONDENT VIOLATED HIS EIGHT AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT AND KNOWINGLY FORCING CLAIMANT TO ENDURE MULTIPLE YEARS OF EXPLOITIVE DETENTION, OVERCROWDING AND UNBEARABLE CONDITIONS BY VIOLATING HIS SIX AMENDMENT RIGHT TO ENJOY THE RIGHT TO A SPEEDY TRIAL AND HIS FOURTEENTH AMENDMENT RIGHT DEPRIVING CLAIMANT OF LIFE LIBERTY AND EQUAL PROTECTION OF THE LAW. CLAIMANT IS ASKING FOR COMPENSATORY DAMAGES AND PRAYS THIS COURT ENTER THAT JUDGEMENT AGAINST THE RESPONDENTS IN THE SUM OF $ 100.000 COLLECTIVELY DIVIDED AS THE COURTS SEE FIT CLAIMANT IS ALSO SEEKING PUNITIVE DAMAGES. AND TO DISMISS CHARGES..

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 0 ⑨

_Robert Clark_
(Signature of plaintiff or plaintiffs)

ROBERT CLARK
(Print name)

20040096333
(I.D. Number)

_____

P.O. BOX 089002
CHICAGO IL 60608
(Address)